UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY LAMON SMITH,<br>    Plaintiff,<br>v.<br>MOTEZA AMIRI, et al.,<br>    Defendants. | Case No. 24-cv-00928-TLT<br><br>**ORDER OF DISMISSAL** |

Plaintiff is a prisoner at the West County Detention Facility in Contra Costa County proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was directed to file a first amended complaint. ECF 11. The due date has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. Due to plaintiff's failure to comply with a court order and failure to prosecute, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: August 6, 2024

_____
TRINA L. THOMPSON
United States District Judge